[870 NE2d 688, 839 NYS2d 448]

In the Matter of the Claim of GERALD VAN HORN, Respondent, v COUNTY OF CAYUGA et al., Appellants. WORKERS' COMPENSATION BOARD, Respondent.

Decided June 12, 2007

1016

**APPEARANCES OF COUNSEL**

*Susan B. Marris*, Liverpool, *James S. Fiedler* and *Gregory J. Allen* for appellants.

*Andrew Cuomo, Attorney General*, Albany (*Patrick Barnett-Mulligan, Barbara D. Underwood* and *Andrea Oser* of counsel), for Workers' Compensation Board, respondent.

**OPINION OF THE COURT**

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order reversed, with costs, and case remitted to the Appellate Division, Third Department, with directions to remand to the Workers' Compensation Board for further proceedings consonant with this Court's decision in *Matter of LaCroix v Syracuse Exec. Air Serv., Inc.* (8 NY3d 348 [2007]).

Concur: Chief Judge KAYE and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.